

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00335-CV

**IN THE INTEREST OF A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05876
Honorable Renée Yanta, Judge Presiding

## O R D E R

Appellant has filed a motion to compel service, alleging appellee has filed documents on December 9, 2016, and January 23, 2017, and has not served appellant with a copy of what she filed. Our records reflect appellee filed documents on those dates, and they do not contain a certificate a service. Texas Rule of Appellate Procedure 9.5 requires a filing party to serve a copy of the document filed "on all parties to the proceeding." TEX. R. APP. P. 9.5(a). A document presented for filing must contain a proof of service in the form of either an acknowledgment of service by the person served or a certificate of service. Proof of service may appear on or be affixed to the filed document. The clerk may permit a document to be filed without proof of service, but will require the proof to be filed promptly." *Id.* R. 9.5(d); *see id.* R. 9.5(e) (containing requirements for certificates of service).

We therefore grant appellant's motion and order appellee Candace Gillette to serve copies of her December 9, 2016 and January 23, 2017 filings on appellant. We further order appellee Candace Gillette to comply with Rule 9.5 with regard to any future filings in this court. Appellee is advised that the court may strike any future filing that fails to comply with this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court